1
2
3          UNITED STATES DISTRICT COURT
4          NORTHERN DISTRICT OF CALIFORNIA
5                OAKLAND DIVISION
6
7   In re DANIEL STACY,
8          Plaintiff.                    No. C 12-6399 PJH (PR)
9                                         **ORDER GRANTING**
                                          **EXTENSION OF TIME**
10
    _____/
11
         GOOD CAUSE APPEARING, it is hereby ordered that plaintiff's request for an
12
    extension (Docket No. 8) is granted.  Plaintiff may have until **April 12, 2013** to file a
13
    complaint and in forma pauperis application.  No further extensions will be granted.
14
         **IT IS SO ORDERED.**
15
    Dated:  March 15, 2013.          _____
16
                                          PHYLLIS J. HAMILTON
17                                     United States District Judge
18
19
    G:\PRO-SE\PJH\CR.12\Stacy6399.ext2.wpd
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California