United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re DANIEL STACY,

          Plaintiff.                        No. C 12-6399 PJH (PR)

                                        **ORDER GRANTING EXTENSION OF TIME**

_____/

      GOOD CAUSE APPEARING, it is hereby ordered that plaintiff's request for an extension (Docket No. 8) is granted. Plaintiff may have until **April 12, 2013** to file a complaint and in forma pauperis application. No further extensions will be granted.

      **IT IS SO ORDERED.**

Dated: March 15, 2013.                     _____
                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge

G:\PRO-SE\PJH\CR.12\Stacy6399.ext2.wpd