UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re DANIEL STACY,

        Plaintiff.                       No. C 12-6399 PJH (PR)

**ORDER OF DISMISSAL**

      This case was opened when plaintiff wrote a letter to the court regarding a parole hearing and transfer. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed thirty days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

      Two extensions of time were provided but the deadline has expired and plaintiff has not filed a complaint or an application to proceed IFP. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

      **IT IS SO ORDERED.**

Dated: April 18, 2013.

                                                      PHYLLIS J. HAMILTON
                                                      United States District Judge

G:\PRO-SE\PJH\CR.12\Stacy6399.dsm-ifp.wpd